FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 JUL -2 PM 4: 24

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DAMON YOUNG,

    Plaintiff,

v.

BRAD HOOKS, Warden, and
ATTORNEY GENERAL, State
of Georgia,

    Defendants.

CIVIL ACTION NO.: CV612-028

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against the State of Georgia Attorney General are **DISMISSED**.

**SO ORDERED**, this ___2___ day of ____July____, 2012.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)