IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 JUL -2 PM 4: 24

CLERK
SO. DIST. OF GA.

DAMON YOUNG,

    Plaintiff,

v.

BRAD HOOKS, Warden, and
ATTORNEY GENERAL, State
of Georgia,

    Defendants.

CIVIL ACTION NO.: CV612-028

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against the State of Georgia Attorney General are **DISMISSED**.

**SO ORDERED**, this 2 day of July, 2012.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)