FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 AUG 16  PH 4: 24

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DAMON YOUNG,                          :
                                      :
            Plaintiff,                :
                                      :
      v.                              :        CIVIL ACTION NO.: CV612-028
                                      :
BRAD HOOKS, Warden,                   :
                                      :
            Defendant.                :

## ORDER

Plaintiff has moved this Court for voluntary dismissal of the captioned action.

Pursuant to FED. R. CIV. P. 41(a)(2), Plaintiff's Motion to Dismiss is hereby **GRANTED**.

This case is **DISMISSED**, without prejudice.

**SO ORDERED**, this 16 day of August, 2012.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)