FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

AUG 16 PM 4:24

CLERK_____
SO. DIST. OF GA.

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

DAMON YOUNG,

   Plaintiff,

  v.            CIVIL ACTION NO.: CV612-028

BRAD HOOKS, Warden,

   Defendant.

## ORDER

Plaintiff has moved this Court for voluntary dismissal of the captioned action.

Pursuant to FED. R. CIV. P. 41(a)(2), Plaintiff's Motion to Dismiss is hereby **GRANTED**.

This case is **DISMISSED**, without prejudice.

**SO ORDERED**, this 16 day of ___August___, 2012.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)